IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND RAUL TOMAS GUTIERREZ,<br><br>   Plaintiffs,<br><br> v.<br><br>INTERSTATE HOTELS, L.L.C., HMC ACQUISITION PROPERTIES, INC., dba SAN FRANCISCO MARRIOTT AT FISHERMAN'S WHARF; JOHN TROVATO; PENNY RICHARDSON,<br><br>   Defendants.<br>             / | No. C 04-04092 WHA<br><br>**ORDER REGARDING PLAINTIFF IN INTERVENTION'S REQUEST TO QUASH EMPLOYMENT RECORDS SUBPOENA AND NOTICES OF DEPOSITIONS OF FRANCISCO MELARA, DR. KROES, RON MALONE AND XIU MIN LI** |

   On June 17, 2005, the parties appeared before the Court for a telephone hearing on the June 14, 2005, request of plaintiff in Intervention Raul Gutierrez ("Gutierrez") to quash defendants' employment records subpoena to the Sir Francis Drake Hotel and the notices of depositions of Francisco Melara, Dr. Kroes, Ron Malone, and Xiu Min Li. After reviewing the respective papers and hearing the argument of counsel, the Court adopted the following rulings:

   1.  Plaintiff in intervention's request to quash Defendants' subpoena to the Sir Francis Drake Hotel is granted in part. Defendants' subpoena to the Sir Francis Drake Hotel is limited to the period covering September 1, 2003, to December 31, 2004.

Case 3:04-cv-04092-WHA   Document 81   Filed 06/23/05   Page 2 of 2

2. Plaintiff in intervention's request to quash the deposition notice of Ron Malone is denied.

3. Plaintiff in Intervention's request to quash the deposition notices of Xiu Min Lin, Francisco Melara and Dr. Kroes is denied without prejudice. Defendants, however, are limited to a maximum of ten depositions. It is the Court's understanding that at this time defendants have taken nine depositions and that the deposition of Xiu Min Lin, noticed for June 22, if it goes forward, would be the tenth deposition. Merely noticing a deposition, however, does not count as a deposition. If defendants need more than ten depositions, they may seek leave of court.

4. Plaintiffs shall have leave to conduct the deposition of Allen Warner on June 27, 2005.

**IT IS SO ORDERED.**

Dated: June 23, 2005.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2