Joan Herrington, #178988 (CA)
BAY AREA EMPLOYMENT LAW OFFICE
5032 Woodminster Lane
Oakland, CA 94602-2614
Phone: (510) 530-4078
Facsimile: (510) 530-4725

Attorney for Plaintiff in Intervention
RAUL TOMAS GUTIERREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., | Case No. C-04-4092 WHA |
|---|---|
| Plaintiffs vs. INTERSTATE HOTELS, L.L.C., et al. Defendants. | ~~PROPOSED~~ ORDER GRANTING DEFENDANTS' REQUEST FOR A MEDICAL EXAMINATION OF INTERVENOR; AND PLAINTIFF'S REQUESTS FOR A PROTECTIVE ORDER. |
| | Discovery Cut Off: June 24, 2005 Motion Cut Off: August 11, 2005 Trial Date: October 31, 2005 |

On June 22, 2005, the parties appeared before the Court for a telephone hearing on the June 15, 2005 request of Defendants Interstate Hotels, LLC, HMC Acquisition Properties, Inc., Penny Richardson, and John Trovato ("Defendants") for a Rule 35 medical examination of Plaintiff in Intervention Raul Gutierrez ("Gutierrez") by Dr. Miles Adler; and the May 27, 2005 request of Plaintiff EEOC for a protective order. After reviewing the respective papers and hearing the argument of counsel, the Court adopted the following rulings:

1. Defendants' request for a Rule 35 medical examination of Plaintiff in

PROPOSED ORDER RE GUTIERREZ'S REQUEST TO QUASH/MODIFY SUBPOENA AND REQUEST TO QUASH DEPOSITION NOTICES Case No. C-04-4092 WHA 1/4

1 | Intervention, Raul Gutierrez, is granted as follows:

    a. Dr. Adler's medical examination of Raul Gutierrez is limited to his emotional distress, hypertension, dyspepsia, and acid reflux disease, and shall not exceed one hour;

    b. Joan Herrington, Counsel for Raul Gutierrez, may attend the medical examination, but may not interfere in the medical examination;

    c. Dr. Adler may take the blood pressure of Raul Gutierrez;

    d. Dr. Adler may question Raul Gutierrez about the following potential causes or stressors: his bankruptcy, diet, use of tobacco, consumption of alcohol, exercise, and obesity; and make a general inquiry as to whether anyone else in his family suffers from hypertension, dyspepsia, and acid reflux disease; and also make a general inquiry as to whether Mr. Gutierrez has experienced any other stressors that may have caused or contributed to his emotional distress, hypertension, dyspepsia, and acid reflux disease.

2. Plaintiff EEOC's request for a protective order is denied without prejudice as currently moot. Plaintiff EEOC may raise these same issues in Motions *in Limine* at time of trial.

IT IS SO ORDERED.

Dated: __June 23, 2005__

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

UNITED STATES DISTRICT JUDGE.

PROPOSED ORDER RE GUTIERREZ'S REQUEST TO QUASH/MODIFY SUBPOENA AND REQUEST TO QUASH DEPOSITION NOTICES Case No. C-04-4092 WHA 2/4

Approved as to form:

Date: June 22, 2005

By: _____
Cindy O'Hara
Attorney for EEOC

Date: June 22, 2005

By: _____
Ronald Arena
Attorney for Defendants