IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND RAUL TOMAS GUTIERREZ,<br><br>Plaintiffs,<br><br>v.<br><br>INTERSTATE HOTELS, L.L.C., HMC ACQUISITION PROPERTIES, INC., dba SAN FRANCISCO MARRIOTT AT FISHERMAN'S WHARF; JOHN TROVATO; PENNY RICHARDSON,<br><br>Defendants.<br>_____/ | No. C 04-04092 WHA<br><br>**ORDER CLARIFYING PRIOR DISCOVERY ORDER** |

The Court has read Mr. Arena's letter dated July 18. Although Ms. Herrington has not yet responded, it may save time for all concerned for this order to point out that the date of September 1, 2005, was based on the supposed start date of Mr. Gutierrez's employment at the Sir Francis Drake Hotel. If it now has turned out that his start date was *earlier*, then discovery will be allowed *earlier* as well. This was the basis for the ruling. We will go ahead with the hearing on August 3 as to all other issues raised but meanwhile this order is intended to avoid a delay in receiving the discovery.

**IT IS SO ORDERED.**

Dated: July 20, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE