1  WILLIAM R. TAMAYO, Bar No. 084965 (CA)
   JONATHAN T. PECK, Bar No. 12303 (VA)
2  CINDY O'HARA, Bar No. 114555 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  350 The Embarcadero, Suite 500
   San Francisco, CA 94105
4  Telephone:   415.625.5653

5  Attorneys for Plaintiff EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
6
   JOAN HERRINGTON, Bar No. 178988
7  BAY AREA EMPLOYMENT LAW OFFICE
   5032 Woodminster Lane
8  Oakland, CA 94602.2614
   Telephone:   510.530.4078
9
   Attorney for Plaintiff-Intervenor RAUL T. GUTIERREZ
10
   MICHAEL HOFFMAN, Bar No. 162496
11 RONALD D. ARENA, Bar No. 218421
   MICHAEL G. PEDHIRNEY, Bar No. 233164
12 LITTLER MENDELSON
   A Professional Corporation
13 650 California Street, 20th Floor
   San Francisco, CA  94108.2693
14 Telephone:   415.433.1940

15 Attorneys for Defendants INTERSTATE HOTELS, L.L.C.;
   HMC ACQUISITION PROPERTIES, INC.; JOHN
16 TROVATO; AND PENNY RICHARDSON

17

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT COMMISSION and RAUL TOMAS GUTIERREZ, | Case No. C 04-4092 WHA |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PRIVATE MEDIATION FOR JUDICIAL SETTLEMENT CONFERENCE |
| v. | [N.D. Civ. Local ADR Rules 2-3(b), 3-4(b), 8-2] |
| INTERSTATE HOTELS, L.L.C.; HMC ACQUISITION PROPERTIES, INC., dba SAN FRANCISCO MARRIOTT AT FISHERMAN'S WHARF; JOHN TROVATO; and PENNY RICHARDSON, | Hon. William H. Alsup |
| Defendants. | |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND ORDER TO SUBSTITUTE
PRIVATE MEDIATION                                              CASE NO. C 04-4092 WHA

1  IT IS HEREBY STIPULATED, by and between all parties to this action, through
2  their respective counsel and subject to Court approval, to the following:

3  1.  On December 4, 2004, the Court ordered the parties to participate in a
4  settlement conference before Magistrate Judge Maria Elena James. Magistrate Judge James issued
5  an order setting the mandatory settlement conference for September 9, 2005 at 10:00 a.m.

6  2.  On May 19, 2005, the parties attended a mediation before panelist Howard
7  Janssen pursuant to ADR Local Rule 6. The mediation was not successful in resolving the action.

8  3.  Between July 19 and August 2, the parties further discussed a resolution of the
9  action and a process for facilitating a resolution. The parties have concluded that private mediation
10 is likely to be more beneficial and provides more incentives for resolution in this action than the
11 settlement conference scheduled for September 9.

12 4.  The parties have tentatively scheduled a mediation before Hon. Eugene Lynch
13 (Ret.) for September 1, 2005. His office gave a 24-hour "hold" reservation for the September 1 date.
14 The parties must confirm that date by the close of business, Friday, August 5 or risk losing the
15 opportunity to secure the services of Judge Lynch, before whom the parties would like to proceed.

16 5.  In order to maximize the best possibility for a successful resolution of the case
17 at the aforementioned mediation, the parties have agreed as follows: (a) split the costs of mediation,
18 (b) Plaintiff-EEOC will make a separate monetary demand for the class of workers for whom it is
19 seeking relief and will present defendant with a proposed consent decree; (c) Plaintiff-EEOC will
20 present its Regional Attorney and the Supervisory Attorney for full participation at the mediation,
21 along with the assigned Senior Trial Attorney, (d) Plaintiff-Intervenor, Raul Gutierrez and his
22 counsel, will make a separate demand for relief, and will also intend to participate at the mediation;
23 and (e) Defendants will fly-out from the east coast high ranking officials with full settlement
24 authority, and lead defense counsel will be present at the mediation.

25 6.  Provided, however, that if the Court declines to approve this Stipulation, the
26 parties have no agreement and are under no obligation to participate in the mediation before Judge
27 Lynch. This agreement to participate in said mediation on September 1 is expressly conditioned
28

upon the Court's approval of this Stipulation, as set forth above, and vacating the September 9 settlement conference.

Dated: Aug. 4, 2005

*[signature]*
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants

Dated: August 4, 2005

*[signature]*
JOAN HERRINGTON
BAY AREA EMPLOYMENT LAW OFFICE
Attorney for Plaintiff
RAUL T. GUTIERREZ

Dated: 8/4, 2005

*[signature]*
JONATHAN T. PECK
Attorney for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

## ORDER

Pursuant to Stipulation, the Court vacates the settlement conference ordered for September 9, 2005, and further orders the parties to participate in the aforementioned mediation. No further mediations or settlement conferences shall be ordered absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: August 5, 2005

*[seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]*

UNITED STATES DISTRICT JUDGE

Firmwide:80282464.1 019369.1024

STIP. AND ORDER TO SUBSTITUTE PRIVATE MEDIATION    3.    CASE NO. C 04-4092 WHA