IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND RAUL TOMAS GUTIERREZ,<br><br>       Plaintiffs,<br><br>   v.<br><br>INTERSTATE HOTELS, L.L.C., HMC ACQUISITION PROPERTIES, INC., dba SAN FRANCISCO MARRIOTT AT FISHERMAN'S WHARF; JOHN TROVATO; PENNY RICHARDSON,<br><br>       Defendants.<br>_____/ | No. C 04-04092 WHA<br><br>**STIPULATION AND ORDER TO UNSEAL TRANSCRIPT OF HEARING ON DEFENDANT INTERSTATE HOTELS L.L.C.'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, MOTION FOR SUMMARY ADJUDICATION OF ISSUES, AND MOTION FOR SANCTIONS AGAINST PLAINTIFF EEOC** |

The parties hereby stipulate through their respective counsel of record to unseal the transcript of the June 24, 2005, hearing on Defendant Interstate Hotels, L.L.C.'s motion for summary judgment. The transcript shall be unsealed solely for the viewing of the parties to the action and their counsel.

**IT IS STIPULATED**.

Dated: June 24, 2005.                                          s/
                                                    _____
                                                    MICHAEL G. PEDHIRNEY
                                                       for Defendant INTERSTATE HOTELS, LLC

1  Dated: June 24, 2005.                    _____/s/_____
2                                            CINDY O'HARA
                                                for Plaintiff EQUAL EMPLOYMENT
3                                               OPPORTUNITY COMMISSION

4
   Dated: June 24, 2005.                    _____/s/_____
5                                            JOAN HERRINGTON
                                                for Plaintiff RAUL TOMAS GUTIERREZ
6

7

8
            **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
9

10
   Dated: August 15, 2005.                  _____
11                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
12