MICHAEL HOFFMAN, Bar No. 162496
RONALD D. ARENA, Bar No. 218421
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: rarena@littler.com

Attorneys for Defendants
INTERSTATE HOTELS, L.L.C.; HMC
ACQUISITION PROPERTIES, INC.; JOHN
TROVATO; AND PENNY RICHARDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT COMMISSION and RAUL TOMAS GUTIERREZ, <br><br> Plaintiffs, <br><br> v. <br><br> INTERSTATE HOTELS, L.L.C.; HMC ACQUISITION PROPERTIES, INC., dba SAN FRANCISCO MARRIOTT AT FISHERMAN'S WHARF; JOHN TROVATO; and PENNY RICHARDSON, <br><br> Defendants. | Case No. C 04-4092 WHA <br><br> [PROPOSED] ORDER RE DEFENDANTS' MOTION TO MODIFY THE COURT'S JUNE 23, 2005 DISCOVERY ORDER AND FOR MONETARY SANCTIONS AGAINST ATTORNEY JOAN HERRINGTON <br><br> Hon. William H. Alsup |

On August 16, 2005, the parties appeared before the Court for a telephone hearing on Defendants' July 18, 2005 request that the Court modify its June 23, 2005 Order regarding the scope of a subpoena to the Sir Francis Drake Hotel and for monetary sanctions against attorney Joan Herrington pursuant to 28 U.S.C. § 1927.

After reviewing the respective papers and hearing the argument of counsel, the Court adopts the following rulings:

1. The Court's June 23, 2005 is amended to cover the period from October 1, 2002 until December 31, 2004.

[PROPOSED] ORDER     CASE NO. C 04-4092 WHA

2. The Court exercised its discretion to analyze the sanctions question pursuant to Fed. R. Civ. P. 37, rather than 28 U.S.C. § 1927.

3. The law firm of Littler Mendelson met and conferred with Joan Herrington, counsel for Plaintiff-Intervenor Raul Gutierrez, prior to bringing the instant motion.

4. Plaintiff-Intervenor and Ms. Herrington lacked substantial justification for refusing Defendants' request to stipulate to a modification of the Court's June 23 Order.

5. An award of expenses as a monetary sanction pursuant to Fed. R. Civ. P. 37 is justified against Ms. Herrington, but not the full amount requested by Defendants. Ms. Herrington shall pay the expenses incurred by Defendants to draft the July 18, 2005 letter to the Court and in connection with the appearance on August 16, 2005, not to exceed $350.00.

6. Ms. Herrington is hereby ordered to pay the sum of $350.00 to Defendants, in a check payable to "Littler Mendelson", as a monetary sanction pursuant to Fed. R. Civ. P. 37(a)(4). Such payment shall be tendered within ten (10) days.

[PROPOSED] ORDER 2. CASE NO. C 04-4092 WHA

AUG.18.2005 3:32PM LAW OFFICES NO.3435 P.4
Case 3:04-cv-04092-WHA Document 118 Filed 08/25/05 Page 3 of 5
Case 3:04-cv-04092-WHA Document 116 Filed 08/19/2005 Page 3 of 5

**IT IS SO ORDERED.**

Dated: August 24, 2005

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — signature — Judge William Alsup]*

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

Dated: August 16, 2005

*/s/*
_____
RONALD D. ARENA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
INTERSTATE HOTELS, L.L.C.; HMC
ACQUISITION PROPERTIES, INC.; JOHN
TROVATO; AND PENNY RICHARDSON

Dated: August ____, 2005

*/s/*
_____
CINDY O'HARA for
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Dated: August 18, 2005

*/s/ Joan Herrington*
_____
JOAN HERRINGTON
BAY AREA EMPLOYMENT LAW OFFICE
Attorneys for Plaintiff-Intervenor
RAUL TOMAS GUTIERREZ

Firmwide:80330355.1 019369.1024

LITTLER MENDELSON
A Professional Corporation
[address]
San Francisco, CA

[PROPOSED] ORDER    3.    CASE NO. C 04-4092 WHA

Received  Aug-18-05  03:36pm    From-5105304725    To-LITTLER MENDELSON    Page 004

**Kearney, Barbra K.**

| | |
|---|---|
| **From:** | CINDY OHARA [CINDY.OHARA@EEOC.GOV] |
| **Sent:** | Thursday, August 18, 2005 3:36 PM |
| **To:** | jeh@baelo.com; JONATHAN PECK; RArena@littler.com |
| **Cc:** | BKearney@littler.com; MHoffman@littler.com |
| **Subject:** | Re: EEOC/Gutierrez v. Interstate -- Proposed Order re Defendants'July 18, 2005 Letter |

Ron this proposed order looks OK to me.  You can go ahead and put and /s/ for me on the approved as to form line. Cindy

Cindy O'Hara
Senior Trial Attorney
EEOC San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Direct line:  415-625-5653
Fax:  415-625-5657
e-mail: cindy.ohara@eeoc.gov

>>> "Arena, Ronald D." <RArena@littler.com> 8/16/2005 2:53:36 PM >>>


Counsel:
Attached for your review and approval is a proposed order in connection with Defendants' July 18, 2005 letter to Judge Alsup re amending the Court's June 23 Order and for sanctions.  Please let me know at your earliest opportunity whether the attached order is acceptable.  Please indicate your acceptance by signing and dating the attached order and returning it to my attention, preferably in .pdf format.
If you have any objections to the attached proposed order, please let me know the basis for any objections.
Please let me know on or before the close of business on Tuesday, August 23 whether or not the proposed order is acceptable. Best regards,
Ron Arena
Littler Mendelson
415.439.6276
<<Proposed order re motion for sanctions against Ms. Herrington.doc>>
----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to postmaster@littler.com

Littler Mendelson, P.C.
http://www.littler.com



------------------ TEXT.htm follows ------------------ <HTML><HEAD><TITLE>EEOC/Gutierrez v. Interstate -- Proposed Order re Defendants' July 18, 2005 Letter</TITLE> <META http-equiv=Content-Type content="text/html; charset=iso-8859-1"> <META content="MSHTML 6.00.2800.1264" name=GENERATOR></HEAD> <BODY style="MARGIN: 4px 4px 1px; FONT: 10pt Tahoma"> <DIV>Ron this proposed order looks OK to me.  You can go ahead and put and /s/ for me on the approved as to form line.</DIV> <DIV>Cindy</DIV> <DIV> </DIV> <DIV>

1

Cindy O'Hara<BR>Senior Trial Attorney<BR>EEOC San Francisco District Office<BR>350 The Embarcadero, Suite 500<BR>San Francisco, CA  94105<BR>Direct line:  415-625-5653 <BR>Fax:  415-625-5657<BR>e-mail: <A href="mailto:cindy.ohara@eeoc.gov"> cindy.ohara@eeoc.gov</A><BR><BR>&gt;&gt;&gt; "Arena, Ronald D." &lt;RArena@littler.com&gt; 8/16/2005 2:53:36 PM &gt;&gt;&gt;<BR></DIV> <DIV style="COLOR: #000000"> <P><FONT face=Arial size=2>Counsel:</FONT> </P> <P><FONT face=Arial size=2>Attached for your review and approval is a proposed order in connection with Defendants' July 18, 2005 letter to Judge Alsup re amending the Court's June 23 Order and for sanctions.  Please let me know at your earliest opportunity whether the attached order is acceptable.  Please indicate your acceptance by signing and dating the attached order and returning it to my attention, preferably in .pdf format.  </FONT></P> <P><FONT face=Arial size=2>If you have any objections to the attached proposed order, please let me know the basis for any objections.</FONT> </P> <P><FONT face=Arial size=2>Please let me know on or before the close of business on Tuesday, August 23 whether or not the proposed order is acceptable. </FONT></P> <P><FONT face=Arial size=2>Best regards,</FONT> </P> <P><FONT face=Arial size= 2>Ron Arena</FONT> <BR><FONT face=Arial size=2>Littler Mendelson</FONT> <BR><FONT face=Arial size=2>415.439.6276</FONT> </P> <P><FONT face=Arial color=#000000 size=2>&lt; &lt;Proposed order re motion for sanctions against Ms. Herrington.doc&gt;&gt; </FONT></P> <P>----<BR><BR>To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.<BR><BR>This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.<BR><BR>To reply to our email administrator directly, send an email to<BR>postmaster@littler.com<BR><BR>Littler Mendelson, P.C.<BR>http://www.littler.com<BR><BR></P></DIV></BODY></HTML>

2