IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND RAUL TOMAS GUTIERREZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERSTATE HOTELS, L.L.C., HMC ACQUISITION PROPERTIES, INC., dba SAN FRANCISCO MARRIOTT AT FISHERMAN'S WHARF; JOHN TROVATO; PENNY RICHARDSON,<br><br>    Defendants.<br>                                        / | No. C 04-04092 WHA<br><br>**ORDER GRANTING ADDITIONAL TIME TO FILE REPLY BRIEF** |

Defendants request additional time to file a reply brief, in light of the amended opposition brief filed by plaintiff Raul Tomas Gutierrez on August 29, 2005. Because the expert declaration and supporting exhibits were not timely filed in compliance with Civil Local Rule 7–3(a), this request is **GRANTED**. The reply brief for the summary-judgment motion against Mr. Gutierrez is now due on September 6, 2005 at noon. If defendants plan to file a separate reply brief for the summary-judgment motion against the EEOC, it is still due on September 1, 2005. **ALL UNTIMELY FILINGS WILL BE DISREGARDED IN THE FUTURE.**

    **IT IS SO ORDERED.**

Dated: August 30, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE