IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND RAUL TOMAS GUTIERREZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERSTATE HOTELS, L.L.C., HMC ACQUISITION PROPERTIES, INC., dba SAN FRANCISCO MARRIOTT AT FISHERMAN'S WHARF; JOHN TROVATO; PENNY RICHARDSON,<br><br>    Defendants.<br>                                     / | No. C 04-04092 WHA<br><br>**ORDER CONTINUING HEARING** |

The hearing on the pending motions for summary judgment, currently scheduled for **SEPTEMBER 15, 2005 AT 2:00 P.M.**, is continued until **SEPTEMBER 29, 2005 AT 8:00 A.M.** The reply brief for the summary-judgment motion against Mr. Gutierrez is still expected by September 6, 2005 at noon.

**IT IS SO ORDERED.**

Dated: September 2, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE