WILLIAM R. TAMAYO – #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
RAYMOND CHEUNG – #176086 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:    (415) 625-5653
Facsimile:     (415) 625-5657

Attorneys for Plaintiff Equal Employment Opportunity Commission

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>          Plaintiff,<br>and<br><br>**RAUL GUTIERREZ**,<br><br>          Plaintiff-Intervenor<br><br>v.<br><br>**INTERSTATE HOTELS, L.L.C.,** et al.,<br><br>          Defendants. | Civil Action No. C-04-4092 WHA<br><br>**STIPULATION TO CONTINUE DEPOSITION OF PLAINTIFF'S EXPERT WITNESS;**<br>**[proposed] ORDER** |

IT IS HEREBY STIPULATED by the parties to this action, through their counsel of record, that the deposition of Amy Oppenheimer, the designated expert of Plaintiff Equal Employment Opportunity Commission and Plaintiff Intervenor Raul Gutierrez, currently scheduled for September 13, 2005, will be taken off calendar because the parties reached a mediated settlement on September 1, 2005.  The parties are in the process of finalizing their settlement documents.  Should the parties not achieve a final settlement of this matter, the parties agree that Ms. Oppenheimer's deposition can be rescheduled and re-noticed.

//

**E-filing concurrence:** I, Cindy O'Hara, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of Joan Herrington, attorney for Plaintiff Intervenor Raul Gutierrez, and Michael Hoffman, attorney for Defendants Interstate Hotels L.L.C. et al, for the filing of this stipulation

Dated: September 12, 2005          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


By_____/S/_____
     Cindy O'Hara
     Attorneys for Plaintiff EEOC

Dated: September 12, 2005          BAY AREA EMPLOYMENT LAW OFFICE


By_____/S/_____
     Joan Herrington
     Attorneys for Plaintiff Intervenor
     Raul Gutierrez

Dated: September 12, 2005          LITTLER MENDELSON


By_____/S/_____
     Michael Hoffman
     Attorneys for Defendant
     Interstate Hotels, L.L.C., et al

## ORDER

Pursuant to the stipulation of the parties,

IT IS SO ORDERED

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

Dated: September 14, 2005

The delay shall not be used to delay ruling on summary judgment.

_____
United States District Court Judge
WILLIAM ALSUP

STIPULATION TO CONTINUE DEPOSITION OF PLAINTIFF'S EXPERT WITNESS; ORDER          Page 2