| | |
|---|---|
| 1 | JOAN HERRINGTON, Bar No. 178988 |
|   | BAY AREA EMPLOYMENT LAW OFFICE |
| 2 | 5032 Woodminster Lane |
|   | Oakland, CA 94602.2614 |
| 3 | Telephone:   510.530.4078 |
| 4 | Attorney for Plaintiff-Intervenor RAUL T. GUTIERREZ |
| 5 | |
| 6 | MICHAEL HOFFMAN, Bar No. 162496 |
|   | RONALD D. ARENA, Bar No. 218421 |
|   | MICHAEL G. PEDHIRNEY, Bar No. 233164 |
| 7 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 8 | 650 California Street, 20th Floor |
|   | San Francisco, CA  94108.2693 |
| 9 | Telephone:   415.433.1940 |
| 10 | Attorneys for Defendants INTERSTATE HOTELS, L.L.C.; |
|    | HMC ACQUISITION PROPERTIES, INC.; JOHN |
| 11 | TROVATO; AND PENNY RICHARDSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT COMMISSION and RAUL TOMAS GUTIERREZ, | Case No. C 04-4092 WHA |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF INTERVENOR |
| v. | |
| INTERSTATE HOTELS, L.L.C.; HMC ACQUISITION PROPERTIES, INC., dba SAN FRANCISCO MARRIOTT AT FISHERMAN'S WHARF; JOHN TROVATO; and PENNY RICHARDSON, | Hon. William H. Alsup |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff-Intervenor Raul Gutierrez and Defendants, through their respective counsel and subject to Court approval, to the following:

1.   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff-Intervenor Gutierrez dismisses with prejudice all claims he has asserted in the action, with all sides

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. AND ORDER FOR DISMISSAL OF INTERVENOR   1.   CASE NO. C 04-4092 WHA

to bear their respective attorneys' fees and costs, subject to any conflicting terms and conditions in the Consent Decree entered by the Court.

Dated: Nov. 22, 2005

*/s/ Michael Hoffman*
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants

Dated: 11/18, 2005

*/s/ Joan Herrington*
JOAN HERRINGTON
BAY AREA EMPLOYMENT LAW OFFICE
Attorney for Plaintiff
RAUL T. GUTIERREZ

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: November 25, 2005

UNITED STATES DISTRICT JUDGE
Judge William Alsup

Firmwide:80529261.1 019369.1024

STIP. AND ORDER FOR DISMISSAL OF INTERVENOR      2.      CASE NO. C 04-4092 WHA